**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 9, 2021.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00546-CR**

---

**IN RE LOYD L. SORROW, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 874978**

---

## MEMORANDUM OPINION

On September 30, 2021, relator Loyd L. Sorrow filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator challenges his guilty plea in his underlying conviction as involuntary because he was rendered incompetent due his taking certain prescribed medication.

Relator is seeking habeas-corpus relief. The courts of appeals have no original habeas-corpus jurisdiction in criminal matters. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant an application for a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. Tex. Code Crim. Proc. Ann. art 11.05. Therefore, this court does not have original habeas-corpus jurisdiction to grant relator's requested relief.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).